# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

176

CA 13-00950

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

EDWARD S. KALFAS, PLAINTIFF-APPELLANT,

V                                                                 ORDER

TRACIE LYNN KALFAS, DEFENDANT-RESPONDENT.

---

ERICKSON WEBB SCOLTON & HAJDU, LAKEWOOD (PAUL V. WEBB, III, OF COUNSEL), FOR PLAINTIFF-APPELLANT.

LENHARDT & SMITH, WILLIAMSVILLE (CLAYTON J. LENHARDT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Chautauqua County (James H. Dillon, J.), entered July 23, 2012 in a divorce action. The judgment, among other things, dissolved the marriage between the parties and distributed the marital debts and assets.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court.

Entered:  February 7, 2014                        Frances E. Cafarell
                                                  Clerk of the Court